UNITED STATES of America,
Plaintiff–Appellee,

v.

Donald WALTERS, Jr., Defendant–
Appellant.

No. 15–10298

United States Court of Appeals,
Ninth Circuit.

Submitted August 16, 2016 *

FILED August 22, 2016

Elizabeth Olson White, Esquire, Assistant U.S. Attorney, USRE—Office of the US Attorney–Reno, Reno, NV, Michael Anthony Humphreys, Assistant U.S. Attorney, Phillip Nelson Smith, Jr., Assistant U.S. Attorney, USLV—Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Donald Walters, Jr., Pro Se.

Before: O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

MEMORANDUM **

Donald Walters, Jr., appeals from the district court's judgment and challenges his guilty-plea convictions and 105-month concurrent sentences for being a felon in possession of firearms, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Walters's counsel has filed a brief stating that there are no

grounds for relief, along with a motion to withdraw as counsel of record. We have provided Walters the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Walters's motion for judicial notice and counsel's motion to withdraw are **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.